937 A.2d 419

**Hassan TUCKER, Petitioner,**

**v.**

**Thomas CORBETT, Attorney Gen. for the Commonwealth of Penna, James T. Wynder, Superintendent at S.C.I. Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 167 EM 2007.**

Supreme Court of Pennsylvania.

Dec. 4, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of December, 2007, the Application for Leave to File Original Process is granted and the Writ of Habeas Corpus is denied.